# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

Robert P. Young, Jr.,
Chief Justice

142996

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JUDITH L. ADAIR,
   Plaintiff-Appellee,

v

GENERAL MOTORS CORPORATION,
   Defendant-Appellant.

SC: 142996
COA: 299978
WCAC: 09-000035

_____/

   On order of the Court, the application for leave to appeal the March 18, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted of the issue raised by the defendant in its application to this Court, namely whether MCL 418.373(1) applies to the plaintiff in this case.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

t0921